MIED (Rev. 5/05) Statement of Disclosure of Corporate Affiliations and Financial Interest

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**PITT, MCGHEE, PALMER, BONANNI & RIVERS, P.C., A MICHIGAN PROFESSIONAL CORPORATION**

Plaintiff(s),

v.

**EASTERN POINT TRUST COMPANY, A VIRGINIA TRUST COMPANY**

Defendant(s).

_____/

Case No.     **2:23CV10166**

Judge

Magistrate Judge

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, ___Eastern Point Trust Company___

[Name of Party]

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1.      Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

Yes ❑          No ☒

If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

Parent Corporation/Affiliate Name: _____
Relationship with Named Party: _____

2.      Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

Yes ❑          No ☒

If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

Parent Corporation/Affiliate Name: _____
Nature of Financial Interest: _____

Date: ___April 5, 2023___

/s/Matthew P. Allen
Signature

P57914
Bar No.

840 W. Long Lake Road, Suite 150          `
Street Address

Troy                                MI          48098
City, State, Zip Code

(248) 267-3290
Telephone Number

allen@millercanfield.com
Primary Email Address